

# THE THIRTEENTH COURT OF APPEALS

## 13-13-00354-CV

MARK BERNHARD
v.
CITY OF ARANSAS PASS, TEXAS

On Appeal from the
343rd District Court of San Patricio County, Texas
Trial Cause No. S-12-5831-CV-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered the parties' joint motion to vacate, vacates and withdraws the judgment that this Court issued on July 17, 2014; however, the opinion previously issued in this cause will not be withdrawn. The Court reinstates the trial court's order of January 24, 2013 granting the plea to the jurisdiction filed by the City of Aransas Pass, Texas, and we dismiss the appeal. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

September 24, 2014